IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cr-00179-1-HFS |
| | ) | |
| v. | ) | |
| | ) | |
| Derrick R. Ford, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After consideration of the record and briefing, and in the absence of objection to the Report and Recommendation "R&R" (Doc. 45), the R&R is ADOPTED and the motion to suppress (Doc. 20) is DENIED.

SO ORDERED.

                                                                                                    */s/ Howard F. Sachs*
                                                                                                     Howard F. Sachs
                                                                                                     United States District Court Judge

January 5, 2023
Kansas City, Missouri